BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KENNETH R. CARBAJAL (Cal. Bar No. 338079)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0141
    E-mail:   Kenneth.Carbajal@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF<br><br>INFORMATION ASSOCIATED WITH ACCOUNT IDENTIFIED AS @DSAVAGE3900 AT HTTPS://X.COM/DSAVAGE3900; | No. 2:25-MJ-3460<br><br>GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KENNETH R. CARBAJAL<br><br>**(UNDER SEAL)** |
|---|---|

The government applies ex parte for an order directing that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as this ex parte application, the memorandum of points and authorities, the declaration of KENNETH R. CARBAJAL, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as an unsealing order is issued, be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel.

This ex parte application is based on the attached memorandum of points and authorities, the declaration of KENNETH R. CARBAJAL, and the records and files in this case, including the application for search warrant and attachments thereto.

Dated: June 5, 2025             Respectfully submitted,

                                BILAL A. ESSAYLI
                                United States Attorney

                                CHRISTINA T. SHAY
                                Assistant United States Attorney
                                Chief, Criminal Division

                                /s/
                                _____
                                KENNETH R. CARBAJAL
                                Assistant United States Attorneys

                                Attorneys for Applicant
                                UNITED STATES OF AMERICA

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government requests that this Court seal the search warrant and application for search warrant, and all attachments thereto, as well as this ex parte application and all supporting documents, to maintain the integrity of its investigation. Approval from this Court to seal these documents is required under Local Rule 79-5.1.

The Court of Appeals for the Ninth Circuit has held that district courts have the inherent power to seal affidavits in support of warrants. In re Sealed Affidavit (Agosto), 600 F.2d 1256 (9th Cir. 1979) (per curiam) (holding that even aside from Federal Rule of Criminal Procedure 41 "courts have inherent power, as an incident of their constitutional function, to control papers filed with the courts within certain constitutional and other limitations"); see also Offices of Lakeside Non-Ferrous Metals, Inc., 679 F.2d 778, 779-80 (9th Cir. 1982) (citing Agosto).

The Court of Appeals for the Seventh Circuit has rejected the proposition that pre-indictment disclosure of a warrant affidavit is required under either constitutional principles or Federal Rule of Criminal Procedure 41. In re EyeCare Physicians of America, 100 F.3d 514 (7th Cir. 1996). In doing so, the Seventh Circuit held:

> By the very nature of a secret criminal investigation of this type, the target of an investigation more often than not remains unaware of the specific grounds upon which a warrant was issued. If preindictment disclosure of sealed warrant affidavits was required to satisfy due process (assuming there had been a predicate deprivation of life, liberty or property), the hands of law enforcement would be needlessly tied and investigations of criminal activity would be made unduly difficult if not impossible.

Id. at 517. Accord In re Grand Jury Proceedings, 115 F.3d 1240, 1247 (5th Cir. 1997).

1    Here, for the reasons described in the attached declaration, sealing is necessary to maintain the integrity of the government's investigation. Accordingly, the government requests that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as this ex parte application, the memorandum of points and authorities, the declaration of KENNETH R. CARBAJAL, this Court's sealing order, and all documents subsequently filed under this same case number until such time as an unsealing order is issued, be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel.

The government further requests that (a) the government be permitted provide any of these documents to Los Angeles Police Department, Burbank Police Department, Homeland Security Investigations, or others as necessary to serve the warrant and to comply with any future discovery obligations; (b) the executing agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f); and (c) nothing in the court's sealing order prevent the government from obtaining copies of the sealed documents from the Court Clerk's office.

DECLARATION OF KENNETH R. CARBAJAL

I, KENNETH R. CARBAJAL, declare as follows:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2. As part of the investigation, the government is seeking a warrant to search information associated with the account identified as @dsavage3900 at https://x.com/dsavage3900, with the Account ID 4813083925 (the "SUBJECT ACCOUNT").

3. The aforementioned account is believed to have and/or contain evidence regarding violations of 18 U.S.C. §§ 2252A(a)(2): Receipt and Distribution of Child Pornography, and 2252A(a)(5)(B): Possession of Child Pornography (the "SUBJECT OFFENSES").

4. For the reasons set forth in the application for search warrant and affidavit submitted therewith, premature disclosure of the warrant or the information in the warrant application could seriously jeopardize the investigation, which is ongoing. If the subjects of this investigation learn of the exact nature of the government's investigation they may destroy evidence, change patterns of behavior, seek to further hide their identities, intimidate witnesses, or take further steps to flee from prosecution and avoid contact with law enforcement authorities. Furthermore, the search warrant application sets forth information about the status of the investigation, which, if revealed, would compromise the ongoing investigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my

knowledge and belief and that this declaration is executed at Los Angeles, California, on June 5, 2025.

*/s/ Kenneth R. Carbajal*
———————————————
KENNETH R. CARBAJAL